# Court of Appeals
# of the State of Georgia

ATLANTA, __January 04, 2018_____

*The Court of Appeals hereby passes the following order:*

## A18D0238. CORY DAVID RUSCH v. THE STATE.

Cory David Rusch seeks discretionary review of an October 20, 2017 order denying his motion to dismiss a probation warrant. Rusch filed his application for discretionary appeal on December 15, 2017. We lack jurisdiction.

Pretermitting the propriety of Rusch's application, an application for discretionary appeal must be filed within 30 days of entry of the order or judgment to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). This application, filed 56 days after entry of the challenged order, is untimely and is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __01/04/2018_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*